DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**N.N.,** a child,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D21-3353, 4D21-3355,
4D21-3357 and 4D21-3358

[January 26, 2023]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hope Tieman Bristol, Judge; L.T. Case Nos. 16-3904DLA, 17-2415DLA, 18-182DLA, 19-1787DLA.

Carey Haughwout, Public Defender, and Erika Follmer, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Kimberly T. Acuña, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***